No. 541. STOLLER, DOING BUSINESS AS RICHLAND LAUNDRY & DRY CLEANERS, v. NATIONAL LABOR RELATIONS BOARD; and

No. 542. LAUNDRY & DRY CLEANERS UNION, LOCAL 197, v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Richard S. Munter* for petitioner in No. 541. *George E. Flood* and *Samuel B. Bassett* for petitioner in No. 542. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Margaret M. Farmer* for respondent. Reported below: 207 F. 2d 305.

No. 544. SWARTZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioners.

No. 547. C-O-TWO FIRE EQUIPMENT CO. v. SPECIALTIES DEVELOPMENT CORP. C. A. 3d Cir. Certiorari denied. *R. Morton Adams* for petitioner. *Floyd H. Crews* for respondent.

No. 549. CLARK v. BRYSON, SHERIFF. Court of Criminal Appeals of Texas. Certiorari denied. *John D. Cofer* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice* and *Horace Wimberly, Jr.,* Assistant Attorneys General, for respondent.

No. 551. HART v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Leffel Gentry* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Robert N. Anderson* for the United States.

No. 556. HICKEY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *James M. Marsh, Stanley Folz* and *J. Harry LaBrum* for petitioners. *Acting Solicitor*

920

*General Stern, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States. .

No. 567. UNITED STATES *v.* DOUGLAS. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Dale D. Drain* for respondent. -.

No. 581. SIMPLEX CLOTH CUTTING MACHINE CO., INC. *v.* HOLTZOFF, UNITED STATES DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. *Samuel J. Stoll* for petitioner. *Victor D. Borst* for respondents.

No. 519. JEOFFROY MFG., INC. ET AL. *v.* GRAHAM ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *W. W. Gibson* for petitioners. *Claude A. Fishburn* and *Orville O. Gold* for respondents. .

No. 533. SUEHIRO ET AL. *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Roger E. Brooks* and *John Ward Cutler* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *Irwin A. Seibel* for respondent. .

No. 545. DAYLESS MANUFACTURING CO., INC. ET AL. *v.* ARTMOORE COMPANY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Robert I. Dennison* for petitioners. *Eugene C. Knoblock* for respondents. .